| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

PATRICIA WILLIAMS, §
　§
　　Plaintiff, §
　§
*versus* § CIVIL ACTION NO. 1:03-CV-1409
　§
JOHN E. POTTER, POSTMASTER §
GENERAL, U.S. POSTAL SERVICE, §
　§
　　Defendant. §

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The court referred this matter to the Honorable Earl S. Hines, United States Magistrate Judge, for pretrial proceedings pursuant to Referral Order entered on August 11, 2005. The court has received and considered the report of the United States magistrate judge, who recommends that the court dismiss this action *sua sponte* for failure to prosecute and failure to comply with the court's order. No objections have been filed.

The magistrate judge's report is hereby **ADOPTED**. The purpose of the referral having been served, it is further

**ORDERED** that the reference to the magistrate judge is **VACATED**.

SIGNED at Beaumont, Texas, this 5th day of May, 2006.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE